STATE of Missouri, Respondent,

v.

James BAILEY, Appellant.

No. ED 75445.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 16, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 20, 2000.

Application for Transfer Denied
Feb. 22, 2000.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., Presiding Judge, MARY K. HOFF, Judge, and JAMES A. PUDLOWSKI, Senior Judge.

## ORDER

PER CURIAM.

Defendant, James Bailey, appeals from the judgment entered after a jury found him guilty of assault in the first degree and armed criminal action. Defendant was sentenced as a prior offender to concurrent terms of fifteen years imprisonment for each conviction. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).